THE PEOPLE OF THE STATE OF NEW YORK ex rel. ERNEST C. HUNT, Appellant, v. WILLIAM A. PRENDERGAST, as Comptroller of the City of New York, Respondent.

*People ex rel. Hunt* v. *Prendergast*, 173 App. Div. 984, affirmed.
(Argued May 28, 1918; decided June 11, 1918.)

APPEAL from an order of the Appellate Division of the Supreme Court in the second judicial department, entered July 26, 1916, which affirmed an order of Special Term denying a motion for a peremptory writ of mandamus to compel defendant to audit and certify a payroll containing the name of relator as secretary of Hunter College for the months of January to June, 1915. The question involved is whether, for the year 1915, he is entitled to be paid a salary at the rate of $3,000 a year, which was the amount fixed by the board of trustees of the college, on the 16th day of September, 1914, or at the rate of $2,400 a year, which was the rate fixed by the board of estimate and apportionment and the board of aldermen, pursuant to section 56 of the charter.

*John M. O'Neill* for appellant.

*William P. Burr, Corporation Counsel (Terence Farley* of counsel), for respondent.

Order affirmed, with costs; no opinion.

Concur: HISCOCK, Ch. J., CHASE, HOGAN, POUND, McLAUGHLIN, CRANE and ANDREWS, JJ.